O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-8290-AHM (SSx) | Date | April 28, 2008 |
|---|---|---|---|
| Title | VICTORIA LAMARE WALKER v. REHABBERS FINANCIAL, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Matthew C. Tye | Bruce B. Paller | |

**Proceedings:** DEFENDANT REHABBERS FINANCIAL, INC.'S MOTION TO SET ASIDE DEFAULT [19]

Cause called; appearances made.

Court issues tentative ruling and hears oral argument. For reasons and findings stated on the record, the Court conditionally grants defendant's motion to set aside default. The Court vacated the Clerk's entry of default, conditioned on Defendant paying Plaintiff's reasonable attorney's fees at $275 per hour for preparing the application for entry of default and the opposition brief to set aside default. Plaintiff must prepare an invoice and serve it on Mr. Paller. Defendants must respond to the pending complaint by not later than May 5, 2008.

The Court reinstates the previously filed motion to compel arbitration with plaintiff's opposition due by not later than May 5, 2008 and any reply by not later than May 12, 2008. Thereafter, the motion to compel will be taken UNDER SUBMISSION. The parties will be notified if a hearing is necessary.

|  | : | 11 |
|---|---|---|
| | Initials of Preparer | SMO |