

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA LAMARE WALKER, an individual,<br><br>    Plaintiff<br>v.<br><br>REHABBERS FINANCIAL, INC., a Corporation, AND DOES 1-10<br><br>    Defendants | Case No. CV07-08290 AHM (SSx)<br><br>ORDER RE: PRELIMINARY INJUNCTION |

Having considered the moving, opposition, and reply papers, as well as the declarations and attachments thereto, and following a hearing on April 8, 2008, the Court GRANTS the preliminary injunction and makes the following findings:

I. There is a probability of success on the merits and a likelihood of irreparable injury that Plaintiff has demonstrated in her papers.

II. If the Court applies the alternative standard of balancing the hardships between the two sides, the equities weigh in favor of Plaintiff.

III. Defendant's defense of unclean hands is inapplicable, because the evidence shows Defendant was not deceived and was equally or jointly at fault regarding the alleged misrepresentations.

IV. The Court shall require a bond in the amount of $2,500.00.

V. Defendant shall be enjoined from noticing or carrying out a trustee's sale of the real property located at 4421 Ponca Avenue, Toluca Lake, California 91602.

SO ORDERED.

Date: 4/28/08

CC: FISCAL

A. Howard Matz
United States District Judge