O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8290 AHM (SSx) | Date | June 27, 2008 |
|---|---|---|---|
| Title | VICTORIA LAMARE WALKER v. REHABBERS FINANCIAL, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

The Court ORDERS that the parties arbitrate their dispute and that Defendant pay the arbitration costs for both parties based on the following facts:

1. The parties entered into an arbitration agreement. (Def't's Motion to Compel Arbitration, Ex. B.)

2. Although Plaintiff disputes the enforceability of that agreement, Plaintiff, through her counsel, has expressed that "[she] would be willing to stipulate to arbitration if Defendant was willing to bear the cost of the arbitration." (Pl.'s Opp'n to Motion to Compel Arbitration at 5.)

3. In his sworn declaration, the President of Rehabbers Financial, Inc. states that "if required by the Court, I would agree on behalf of Rehabbers to advance or pay for the arbitration costs for both parties." (Declaration of Joel Hoffman ¶ 25.)

The Court further orders the parties to immediately take steps to initiate arbitration and orders Plaintiff to file a status report by July 14, 2008 disclosing the identity of the arbitrator and the date on which the arbitration is to commence. Within one week of the issuance of the arbitrator's decision, counsel for Plaintiff shall lodge that decision in this Court.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8290 AHM (SSx) | Date | June 27, 2008 |
|---|---|---|---|
| Title | VICTORIA LAMARE WALKER v. REHABBERS FINANCIAL, INC., *et al.* | | |

     In light of this ruling, the pending motion to compel arbitration is VACATED as moot.[1]  The Court also VACATES the Rule 16(b) scheduling conference set for June 30, 2008.

     No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                                                                                                  :

                                                Initials of Preparer            SMO

---

[1] Docket No. 9.