1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  VICTORIA LAMARE WALKER,        )        CASE NO. CV07-8290-AHM (SSx)
                                   )
12              Plaintiff(s),      )        ORDER REMOVING CASE FROM
                                   )        ACTIVE CASELOAD
13          v.                     )
                                   )
14  REHABBERS FINANCIAL, INC.,     )
    *et al.*,                      )
15                                 )
                Defendant(s).      )
16  _____    )

17          The Court having ordered that the parties arbitrate their dispute,

18          IT IS ORDERED that this case is removed from this Court's active caseload.

19  Counsel are to file status reports every three months, commencing on July 14, 2008.

20  If this case needs to be reopened, counsel are to file a stipulation requesting the case

21  be reopened.

22          This Court retains jurisdiction over this action and this Order shall not prejudice

23  any party to this action.

24

25  Dated: June 27, 2008

26  **Make JS-6**                  _____
                                   A. HOWARD MATZ
                                   United States District Judge
27

28