Nathan Fransen, Bar # 242867
FRANSEN AND MOLINARO, LLP
980 Montecito Drive, Suite 206
Corona, CA 92879
Telephone: (951) 520-9684
Fax: (951) 284-1089

Attorneys for Plaintiff,
VICTORIA LAMARE WALKER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA LAMARE WALKER, an individual, | Case No. CV07-08290 AHM (SSx) |
| Plaintiff<br>v.<br>REHABBERS FINANCIAL, INC., a Corporation, AND DOES 1-10<br>Defendants | CASE STATUS REPORT SUBMITTED BY PLAINTIFF |

On August 26, 2008, Plaintiff Victoria Lamare Walker and Defendant Rehabbers Financial, Inc., participated in binding arbitration. The arbitrator selected was the Honorable Paul G. Flynn (Ret.). The arbitration was conducted at ADR SERVICES, INC. at 1900 Avenue of the Stars, Suite 250, Los Angeles, CA 90067.

The Arbitrator's Award was that the Claimant's claims are to be dismissed and that the Respondent is the prevailing party.

Dated:    March 15, 2009        By:    /s/ Nathan Fransen
                                        Attorney for Plaintiffs